IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DARLENE HILL, ) | Case No. 04-44496-ABF |
| ) | |
| Debtor. ) | |

## *MOTION TO PAY MONEY INTO COURT REGISTRY*

COMES NOW David C. Stover, Trustee in the captioned Chapter 7 Estate, and moves this Court enter its Order pursuant to 11 U.S.C. § 347 allowing the Trustee to pay monies into the Court registry from an unpaid checks and for his Suggestions in Support of said Motion states as follows:

1. The Court entered its Order Approving Final Report of Trustee and Trustee's Fees and Expenses and Directing Distribution of Funds on Hand in Accordance with the Proposed Distribution on September 29, 2010.

2. That the following checks written on September 29, 2010 pursuant to the Final Report remain outstanding:

  Check #10104 to Beneficial in the amount of $594.51
  Check #10107 to Citi Cards in the amount of $57.16
  Check #10106 to Capital One in the amount of 68.60

3. The Trustee has made numerous attempts to locate the creditors, to no avail.

4. The Trustee's checks bear the legend that all checks are "Void After Ninety Days." More than ninety days have passed since the issuance of the above listed check.

5. Section 347(a) provides that the trustee shall stop payment on all checks unpaid ninety days after distribution and that said funds shall be paid into court for disposition under chapter 129 of Title 28.

WHEREFORE, David C. Stover, Trustee, respectfully requests this Court enter its Order allowing the Trustee to stop payment on the aforementioned check and to pay the funds into the Court registry.

                                        GUNN, SHANK & STOVER, P.C.

                                        /s/David C. Stover
                                        David C. Stover   #21555
                                        9800 NW Polo, Suite 100
                                        Kansas City, MO 64153
                                        Telephone (816) 454-5600
                                        Fax (816) 454-3678
                                        CHAPTER 7 TRUSTEE

I hereby certify that on February 7, 2011, a true and correct copy of the foregoing was electronically filed with the court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system and to:

Office of U.S. Trustee
at USTPregion13.kc.ecf@usdoj.gov

                                        /s/David C. Stover
                                        David C. Stover